JOHN D. DORTON v. LIGGETT AND MYERS TOBACCO COMPANY.

(Filed 11 May, 1932.)

APPEAL by plaintiff from *Schenck, J.,* at January Term, 1932, of CABARRUS.

Motion to set aside judgment by default and inquiry, rendered by the clerk 20 April, 1931, which inquiry was executed at the August Term, 1931, Cabarrus Superior Court. Motion allowed, and plaintiff appeals.

*Armfield, Sherrin & Barnhardt for plaintiff.*
*Walter D. Brown and Fuller, Reade & Fuller for defendant.*

PER CURIAM. A majority of the Court being of opinion that the case is controlled by the decisions in *Meece v. Credit Co.,* 201 N. C., 139, 159 S. E., 17, and *Sutherland v. McLean,* 199 N. C., 345, 154 S. E., 662, the judgment stands
Affirmed.

---

G. C. WALSH ET AL. v. W. B. SOMERS ET AL.

(Filed 11 May, 1932.)

APPEAL by plaintiffs from *Clement, J.,* at Chambers, in Winston-Salem, 31 December, 1931. From WILKES.

Civil action to restrain the defendants from collecting special school taxes in what is known as Mount Pleasant School District, Wilkes County. The total amount of taxes involved is $145.40.

Upon the evidence adduced at the hearing, the judge dismissed the temporary restraining order and taxed the plaintiffs with the costs.

*H. A. Cranor and J. H. Whicker for plaintiffs.*
*J. A. Rosseau and A. H. Casey for defendants.*

PER CURIAM. A careful perusal of the record leaves us with the impression that no reversible error was committed on the hearing. *Hyatt v. DeHart,* 140 N. C., 270, 52 S. E., 781.
Affirmed.